

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00729-CV

**STATE FARM MUTUAL AUTOMOBILE ASSOCIATION**,
Appellant

v.

Veatrice **COOK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21431
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the trial court's order denying appellant's motion for summary judgment as to appellee's common law and statutory bad faith claims is AFFIRMED. The portion of the trial court's order denying appellant's motion for summary judgment as to appellee's prompt payment claim is REVERSED, and judgment is RENDERED that appellee take nothing on that claim. The cause is REMANDED to the trial court for further proceedings. Costs of the appeal are taxed against the parties who incurred them.

SIGNED September 18, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice